**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Michael W. Pott, SBN 186156
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
FEDERATED MUTUAL INSURANCE and
FEDERATED LIFE INSURANCE COMPANY,
a wholly owned subsidiary of FEDERATED
MUTUAL INSURANCE COMPANY (collectively
erroneously sued as FEDERATED INSURANCE
COMPANY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TRIVEDI, | CASE NO. CIV.S-04-1345 LKK JFM |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| FEDERATED INSURANCE COMPANY and DOES 1-25, | State Court Complaint Filed: 06/14/04<br>Removal to Federal Court:   07/13/04 |
| Defendants. / | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all claims and all parties pursuant to FRCP 41(a)(1) and (2).

Dated: _____  LAW OFFICES OF MICHAEL SHEPHERD


By /signature on original
    Michael Shepherd


Dated: _____  PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation


By /signature on original
    Michael W. Pott

LAW OFFICES OF
**PORTER, SCOTT, WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1
00386369.WPD    STIPULATION OF DISMISSAL

1   Pursuant to the stipulation of the parties, this matter is DISMISSED with prejudice pursuant
2   to Fed. R. Civ. P. 41(a)(1) and (2).
3   **IT IS SO ORDERED.**
4   Dated:   September 21, 2005.

                                                /s/Lawrence K. Karlton
                                                Lawrence K. Karlton
                                                Senior Judge

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*